**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MYCHEL PUSHA**                                                                                    **PLAINTIFF**
**ADC #105492**

**v.**                                        **Case No.: 4:21-cv-00387-LPR**

**LESLIE RUTLEDGE**                                                                       **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Mychel Pusha's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 28th day of June 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE